DMYTRO YENIKIEIEV,

     Plaintiff,

                               Case No. 6:26-cv-00647

v.

CITIBANK, N.A.

     Defendant.

_____/

## CITIBANK, N.A.'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

Defendant, CITIBANK, N.A. (hereinafter "Citibank"), by and through its undersigned counsel, hereby expressly reserves, and does not waive, its right to move to compel this matter to arbitration pursuant to the card agreement governing the Citibank credit card account raised in the Complaint and the relationship of the parties. Without waiving said rights, pursuant to Fed. R. Civ. P. 7.1, Citibank hereby discloses the following:

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒     No.

    ☐     Yes, and

          ☐     These parent corporations and publicly held corporations own 10% or more of the filer's shares:

          ☐     The filer has no parent corporation.

          ☐     No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☒ No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.  Has the filer identified any corporation?

☒ No.

☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f.  Has the filer identified any natural person?

☒ No.

☐ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.  Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

a) Defendant, Citibank, N.A., is a national bank organized under the laws of the United States and located in Sioux Falls, South Dakota. Citibank, N.A. is a wholly owned subsidiary of Citicorp LLC. Citicorp LLC is a wholly owned subsidiary of Citigroup Inc., a publicly traded company. No single shareholder owns more than 10% of Citigroup Inc.'s stock;

b) Citibank, N.A.'s counsel: Louis M. Ursini, III, Esq., and Chantal M. Pillay, Esq., of Adams and Reese LLP;

c) Plaintiff Dmytro Yenikieiev ("Plaintiff"); and

d) Counsel for Plaintiff: Seth M. Lehrman, Esq, Lehrman Law, and John A. Love, Esq., Love Consumer Law.

4.  Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☐   No.

☒   Yes, and this is the entity: Citigroup Inc.

5.  Is this a bankruptcy action?

☒   No.

☐   Yes, and the debtor is [].

☐   Yes, and the members of the creditors' committee are [].

6.  Is this a criminal case?

☒   No.

☐   Yes, and these persons are arguably eligible for restitution: [].

7.  Is there an additional entity likely to actively participate in this action?

☒   No.

☐   Yes, and this is the entity: [].

8.  Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒   Yes.

Dated this 20th day of April, 2026.

Respectfully,

/s/ *Chantal M. Pillay*
Louis M. Ursini, III, Esq.
Florida Bar No. 0355940
Primary: louis.ursini@arlaw.com
Secondary: lisa.stallard@arlaw.com
Chantal M. Pillay, Esq.
Florida Bar No. 108369
Primary:  chantal.pillay@arlaw.com
Secondary:  lisa.stallard@arlaw.com
ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL  33602
813-402-2880 (Telephone)
813-402-2887 (Facsimile)

*Counsel for Citibank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record and CM/ECF participants.

/s/ *Chantal M. Pillay*
Chantal M. Pillay, Esq.
Florida Bar No. 108369